DANIEL R. LIDDY, Appellant, *v.* LONG ISLAND CITY, Respondent.

(Argued June 1, 1886 ; decided June 8, 1886.)

THIS was a motion to dismiss an appeal, for failure to file an undertaking.

The following is the *mem.* of opinion :

" Leave was granted the appellant to file an undertaking on this appeal, *nunc pro tunc,* and such undertaking was filed, and notice thereof given to the respondent's attorney, who resided at Long Island City, on August 7, 1885, by depositing the same, properly directed, in the post-office of the city of New York, where the appellant's attorney resided.

"The proof shows that the respondent's attorney excepted to the sureties, and mailed notice thereof to the appellant's attorney, addressed to him at New York city, in the post-office at Long Island City, on the 17th day of August, 1885. This notice was properly served within ten days, even without the allowance of the double time authorized in case of the service of the precedent notice by mail (§ 798, Code of Civ. Pro.), and required the appellant to cause the sureties on his undertaking to justify, in order to·retain his appeal. This he did not do. (Code of Civ. Pro., § 1335.)

"The appeal should, therefore, be dismissed, unless the appellant perfect his undertaking within twenty days from the service of this order, and pay $10 costs of this motion."

*N. T. Payne* for appellant.

*James M. Lyddy* for respondent.

*Per Curiam mem.* for granting motion, unless appellant perfect his undertaking as therein specified.

All concur.

Ordered accordingly.